*Form PL262 (12/23)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scungio Borst and Associates LLC<br>Debtor(s) | Case No. 22-10609-amc<br>Chapter 11 |
| Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust<br>Plaintiff | Adversary No. 24-00028-amc |
| v. | |
| Precision Door & Hardware<br>Defendant | |

## DEFAULT JUDGMENT

Before Judge Ashely M. Chan

AND NOW, in accordance with Request for Entry of Default Judgment, against Defendant, Precision Door & Hardware it is

ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust , in the amount of Ten thousand seventy six dollars and twenty cents ($10,076.20) , plus costs in the amount of Three hundred fifty dollars and zero cents ($350.00), for a total of Ten thousand four hundred twenty six dollars and twenty cents ($10,426.20) sum certain.

Date: May 8, 2024

FOR THE COURT

ATTEST:

Timothy B. McGrath
Clerk of Court

B1310 (Form 1310) (12/15)

# United States Bankruptcy Court

Eastern District Of Pennsylvania

In re: Scungio Borst & Associates, LLC

Debtor

Case No. 22-10609 (AMC)

Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust,

Plaintiff,

v.

Precision Door & Hardware,

Defendant.

Adversary No. 24-00028 (AMC)

## EXEMPLIFICATION CERTIFICATE

I, Timothy McGrath, clerk of the bankruptcy court for this district and keeper of the records and seal of the court, certify that the documents attached are true copies of

Clerk's Order of Default Judgment Against Defendant, Precision Door & Hardware in the amount of $10,426.20

now remaining among the records of the court. In testimony of this statement, I sign my name, and affix the seal of this court at Philadelphia, in the State of Pennsylvania, this 18th day of September 2024.

[Seal of Court]

_____
Clerk of the Bankruptcy Court

I, Ashely Chan, bankruptcy judge for this district certify that Timothy McGrath is and was at the date of the above certificate clerk of the bankruptcy court for this district, duly appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation are in due form of law.

9/18/24
Date

_____
Bankruptcy Judge

I, Timothy McGrath, clerk of the bankruptcy court for this district and keeper of the seal of the court, certify that the Honorable Ashely Chan is and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.
In testimony of this statement, I sign my name, and affix the seal of the court at Philadelphia, in the State of Pennsylvania, this 19th day of September 2024.

[Seal of Court]

_____
Clerk of the Bankruptcy Court

Generated: Sep 20, 2024 3:10PM

Page 1/1



# U.S. Bankruptcy Court

## Pennsylvania Eastern Bankruptcy - Philadelphia

Receipt Date: Sep 20, 2024 3:10PM

Obermayer Rebmann Maxwell & Hippell LLP
Centre Square West 34th Floor
1500 Market Street
Philadelphia , PA 19102

Rcpt. No: 20000805     Trans. Date: Sep 20, 2024 3:10PM     Cashier ID: #YR

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| ANN | Ancillary Procee | 24-00028-amc | 1 | 52.00 | 52.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | CHECK | #25588 | 09/19/2024 | $52.00 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $52.00 |
| Total Tendered: | $52.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Judge:** amc **Case:** 24-00028-amc

**Debtor:** Stephen J. Scherf, SBA Plan Trust Administrator of v. Precision Door & Hardware

**341 Meeting:** Date Not Available

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Case 24-00028-amc Doc 8 Filed 09/25/24 Entered 09/25/24 09:40:59 Desc Main
Document    Page 5 of 5
Case 1:25-mc-00242    Document 1-2   Filed 05/21/25   Page 4 of 4

Generated: Sep 16, 2024 3:31PM

Page 1/1



# U.S. Bankruptcy Court

## Pennsylvania Eastern Bankruptcy - Philadelphia

**THIS IS A COPY**

Receipt Date: Sep 16, 2024 3:28PM

Obermayer Rebmann Maxwell & Hippell LLP
Centre Square 34th Floor
1500 Market Street
Philadelphia, Pa 19102

Rcpt. No: 20000774                Trans. Date: Sep 16, 2024 3:28PM                Cashier ID: #DR

| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
|----|-------------|----------------------|-----|-------|-----|
| EX | Exemplification | 24-00028-amc | 1 | 24.00 | 24.00 |
| CE | Certification $1 |  | 1 | 12.00 | 12.00 |

| CD | Tender |  |  |  | Amt |
|----|--------|--|--|--|-----|
| CH | CHECK | #25544 | 09/16/2024 |  | $36.00 |

Total Due Prior to Payment: $36.00
Total Tendered: $36.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Judge:** amc **Case:** 24-00028-amc

**Debtor:** Stephen J. Scherf, SBA Plan Trust Administrator of v. Precision Door & Hardware

**341 Meeting:** Date Not Available

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.