# U.S. District Court

## Maryland - Baltimore

Receipt Date: May 1, 2025 1:44PM

Obermayer Rebmann Maxwell & Hippel LLP

| Rcpt. No: 12430 | | Trans. Date: May 1, 2025 1:44PM | | | Cashier ID: #AV (3523) | |
|---|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 121 | Registration of Foreign Judgment | | 1 | 52.00 | 52.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #27682 | 04/22/2025 | $52.00 |
| | | | Total Due Prior to Payment: | $52.00 |
| | | | Total Tendered: | $52.00 |

A $53 fee will be charged for NSF checks. Criminal Debt Payments can be made on-line at https://www.pay.gov/public/form/start/741690530. Payment must be made by money order, check, or debit card only. For questions call 410-962-2613.