UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STEPHEN J. SCHERF, SBA PLAN TRUST ADMINISTRATOR OF SBA PLAN TRUST,<br><br>     Plaintiff,<br><br>vs.<br><br>PRECISION DOOR & HARDWARE,<br><br>     Defendant. | :<br>:<br>:<br>:<br>:<br>: Case No. 1:25-MC-00242<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

USDC-BALTIMORE
'25 SEP 26 AM 10:19

## SATISFACTION OF JUDGMENT

**TO THE CLERK OF THE COURT:**

  Please mark the judgment entered on May 1, 2025, in the above-captioned matter AS PAID and SATISFIED IN FULL as of September 11, 1015 by Plaintiff's Counsel.

Dated: September 24, 2025       */s/ Stephen J. Scherf*
                    Stephen J. Scherf
                    *Plaintiff*

4931-7447-1020 v1-9/24/25