

www.asterion-consulting.com

1617 JFK Boulevard     t 215 893 9901  
Suite 1040    f 215 893 9903  
Philadelphia, PA 19103



September 24, 2025

**VIA FEDERAL EXPRESS**  
Office of the Clerk  
United States District Court  
101 West Lombard Street  
Baltimore, MD 21201

**RE:** **Stephen J. Scherf, SBA Plan Trust Administrator of the SBA Plan Trust v. Precision Door & Hardware, Docket No. 1:25-mc-00242**

Dear Sir or Madam,

    I am the Judgment Plaintiff in the above-captioned matter, which registered a foreign judgment that originated in Bankruptcy Court for the Eastern District of Pennsylvania. I have reached a settlement agreement with Defendant/Judgment Debtor, Precision Door & Hardware, pursuant to which, this judgment must now be marked as satisfied. Kindly accept the enclosed Satisfaction of Judgment for filing in this matter.

    If you have any questions or require any further information, please contact my attorney, William Saldutti of Obermayer Rebmann Maxwell & Hippel LLP at (215) 665-3004.

Very Truly Yours,

STEPHEN J. SCHERF

/cms  
Enclosure

*Financial & Economic Consultants Focused on Forensics, Valuation, Intellectual Property & Performance Optimization*

4931-7447-1020 v1-9/24/25